**Electronically Filed
Supreme Court
SCWC-19-0000618
12-JUN-2024
12:23 PM
Dkt. 7 OGAC**

SCWC-19-0000618

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RICHARD SCOTT WEBB,
Petitioner/Claimant-Appellant-Appellant,

vs.

OSF INTERNATIONAL, INC.,
Respondent/Employer-Appellee-Appellee,

and

HAWAII INSURANCE GUARANTY ASSOCIATION,
Respondent/Insurance Carrier-Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000618; CASE NO. AB 2017-280; DCD NO. 2-99-04705)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Richard Scott Webb's Application for Writ of

Certiorari, filed on May 1, 2024, is accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 12, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

